# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 25-7003**　　　　　　　　　　　　　　　　　**September Term, 2024**

**1:17-cv-02193-JMC-GMH**

**Filed On:** July 2, 2025

Mohammad Hilmi Nassif & Partners, owner of
the tradename Trust World Wide Corp.,

　　　　Appellant

　　v.

Republic of Iraq and Ministry of Industry &
Minerals of the Republic of Iraq,

　　　　Appellees

　　　　**BEFORE:**　　Katsas, Rao, and Walker, Circuit Judges

## O R D E R

Upon consideration of the motion for summary affirmance, the opposition thereto, and the reply, it is

**ORDERED** that the motion for summary affirmance be denied. The merits of the parties' positions are not so clear as to warrant summary action. See Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam).

Because the court has determined that summary disposition is not in order, the Clerk is instructed to calendar this case for presentation to a merits panel.

**Per Curiam**